**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1716**

---

MICHAEL L. LEE,

                                    Plaintiff - Appellant,

        versus

PITTSBURGH    PLATE    GLASS,    d/b/a    PPG,
Incorporated,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr.,
District Judge.  (CA-04-4-5)

---

Submitted:  November 21, 2005        Decided:  December 12, 2005

---

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael L. Lee, Appellant Pro Se. John Raymond Merinar, Jr.,
STEPTOE & JOHNSON, Clarksburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael L. Lee appeals the district court's order dismissing his civil action alleging employment discrimination, in violation of the West Virginia Human Rights Act, W. Va. Code § 5-11-1, et seq., and Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lee v. Pittsburgh Plate Glass, d/b/a PPG, Inc., No. CA-04-4-5 (N.D. W. Va. May 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED